■ FRANCO CEDRONE, Appellant, v McCARTHY BROTHERS AND/OR McCARTHY, a Partnership, Respondent. FRANCO CEDRONE, Appellant, v CROUSE IRVING MEMORIAL HOSPITAL, INC., Respondent. McCARTHY BROTHERS AND/OR McCARTHY, a Partnership, Third-Party Plaintiff, v MURNANE KOSOFF, INC., Third-Party Defendant-Respondent. [623 NYS2d 438] —Order insofar as appealed from unanimously reversed on the law without costs and motion granted. Memorandum: Plaintiff was injured when a wall he was demolishing collapsed, causing the scaffold upon which he was standing to fall. Supreme Court erred in denying plaintiff's motion for partial summary judgment on the Labor Law § 240 (1) cause of action. The accident was "gravity-related" because plaintiff "[fell] from a height" *(Ross v Curtis-Palmer Hydro-Elec. Co.,* 81 NY2d 494, 501; *cf., Hunter v BTC Block 17/18,* 210 AD2d 968; *Misseritti v Mark IV Constr. Co.,* 209 AD2d 931). (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Labor Law § 240 [1].) Present—Pine, J. P., Fallon, Wesley, Callahan and Davis, JJ.